UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SIOUX FALLS LODGING INVESTORS II, LLC, d/b/a HAMPTON INN SIOUX FALLS,<br><br>Plaintiff,<br><br>v.<br><br>CARNAHAN CITY-WIDE INSULATION, INC., a Minnesota corporation,<br><br>Defendant. | Civil No. 00-896 (RHK/JMM)<br><br>ORDER |

The Court, having before it the parties' Stipulation and Agreed Motion to Modify the Pretrial Scheduling Order, hereby orders that the Pretrial Scheduling Order shall be modified as follows: The deadlines for expert disclosures shall be extended by 30 days; The plaintiff shall disclose the identity and report of its experts on or before February 1, 2001. The defendant shall disclose the identity and report of its experts on or before March 3, 2001.

1/2/01

Magistrate Judge of the United States
District Court for the District of Minnesota

JAN 03 2001

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SIOUX FALLS LODGING INVESTORS II, LLC, d/b/a HAMPTON INN SIOUX FALLS,

Plaintiff,

v.

CARNAHAN CITY-WIDE INSULATION, INC., a Minnesota corporation,

Defendant.

Civil No. 00-896 (RHK/JMM)

STIPULATION AND AGREED MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

Plaintiff Sioux Falls Investors and Defendant City-Wide Insulation, Inc., stipulate and hereby jointly move this Court for an Order modifying the discovery schedule in this matter. In support of this agreed motion, the parties state as follows:

1. Each party will present expert evidence in this matter. In preparing their reports, each of the experts will need to review deposition transcripts of party and fact witnesses.

2. Due to unforeseen delays – including the witnesses' scheduling conflicts and adverse weather conditions grounding flights leading to the cancellation of several depositions – the parties have not yet been able to complete depositions of any witnesses. The first set of depositions have now been rescheduled for January 10, in Sioux Falls, South Dakota.

3. The extension of the expert disclosure deadlines by 30 days will not impact the April 1, 2001 discovery cutoff.

THEREFORE, the parties respectfully request that this Court issue an Order modifying the pretrial scheduling order by extending the expert disclosure deadlines by 30 days, so that the plaintiff will make its disclosures on or before February 1, 2001, and the defendant will make its disclosures on or before March 3, 2001.

Dated: Dec. 27, 2000

**ZELLE, HOFMANN, VOELBEL & GETTE LLP**

By: ______________________

Thomas B. Caswell - #187161
Chad A. Snyder - #288275
33 South Sixth Street
City Center, Suite 4400
Minneapolis, MN 55402
(612) 339-2020

Dated: 12/28/00

**GISLASON & HUNTER LLP**

By: ______________________

Gregory A. Wohletz - # 241775
Suite 215E
9900 Bren Road East
Minnetonka, MN 55343-9666
(952) 933-9900