UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SIOUX FALLS LODGING INVESTORS II, LLC
dba Hampton Inn Sioux Falls,

Plaintiff,

vs

CV 00-896 RHK/JMM

CARNAHAN CITY-WIDE I, sued as Carnahan City-Wide Insulation, Inc., a Minnesota corporation,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 21, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK