UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sioux Falls Lodging Investors II, LLC,
d/b/a Hampton Inn Sioux Falls,

Plaintiff,

Case No. 00 CV 896 RHK/JMM

vs.

Carnahan City-Wide Insulation, Inc., a
Minnesota corporation,

Defendant.

* * * * * * * * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action, including all crossclaims, counterclaims and third-party claims, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

Chad A. Snyder #288275
Thomas B. Caswell #187161
ZELLE, HOFMANN, VOELBEL & GETTE LLP
Attorneys for Plaintiff
Suite 4400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Phone: 612-339-2020

Elliot L. Olsen #203750
GISLASON & HUNTER LLP
Attorneys for Defendant
Suite 215E
9900 Bren Road East
P. O. Box 5297
Minnetonka, MN 55343-2297
Phone: 952-933-9900

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 30 2001
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

DATED: 8/30/01

BY THE COURT:

Judge of District Court

MPLIB:51813.1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500